UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL JAMES, | No. 2:18-cv-0180 DAD DB PS |
| Plaintiff, | |
| v. | ORDER |
| SACRAMENTO COUNTY, et al., | |
| Defendants. | |

On May 7, 2024, defendants filed a motion to compel and noticed the motion for hearing before the undersigned on May 24, 2024, pursuant to Local Rule 302(c)(1). (ECF No. 57.) On May 13, 2024, plaintiff's counsel was terminated and this matter was referred to the undersigned in accordance with Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1), as plaintiff is now proceeding pro se. (ECF No. 60.)

Review of defendants' motion finds that it does not address the parties' meet and confer efforts. (ECF No. 57.) The parties are directed to review the undersigned's Standard Information re discovery disputes found on to the court's web page at http://www.caed.uscourts.gov/caednew/index.cfm/judges/all-judges/united-states-magistrate-judge-deborah-barnes-db. That document explains that parties must meet and confer prior to filing a discovery motion and "must again confer in person or via telephone or video conferencing" prior to the filing of the Joint Statement.

1   Moreover, discovery in this action closed on May 20, 2024. (ECF No. 53.) Plaintiff, however, has moved to re-open discovery for 90 days, which is noticed for hearing on June 28, 2024. (ECF Nos. 61 & 62.) The parties should meet and confer to discuss both the substance of defendants' motion as well as the possibility of stipulating to the re-opening of discovery.

   Accordingly, IT IS HEREBY ORDERED that defendants' May 7, 2024 motion to compel (ECF No. 57) is denied without prejudice to renewal and the May 24, 2024 hearing is vacated.

Dated: May 20, 2024

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB/orders/orders.pro se/james0180.mtc.den.untimely.ord

2