UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL JAMES, | No. 2:18-cv-0180 DAD DB PS |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| SACRAMENTO COUNTY, et al., | |
| Defendants. | |

Plaintiff Daniel James is proceeding in this action pro se and in forma pauperis. This matter was referred to the undersigned in accordance with Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1). On May 17, 2024, plaintiff filed two motions seeking an extension of the discovery deadline through August 20, 2024.[1] (ECF Nos. 61, 62.) On June 5, 2024, defendants filed a statement of non-opposition to plaintiff's motions. (ECF No. 65.)

////

////

////

////

---

[1] Plaintiff's motions also seek an order sanctioning plaintiff's prior counsel. (ECF No. 62 at 3.) However, plaintiff's prior counsel was terminated on May 13, 2024, and is no longer before the court.

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's May 17, 2024 motions (ECF Nos. 61, 62) are granted;
2. The deadline for the completion of discovery is continued to **August 23, 2024**; and
3. The June 28, 2024 hearing is vacated.

Dated:  June 25, 2024

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB/orders/orders.pro se/james0180.eot.grnt.ord