Daniel James
4141 Palm Ave. Unit # 160
Sacramento, Ca. 95842-4211
Cell : (916) 289-3146
Plaintiff in Pro Per

Case # 2:18- CV- 00180- DAD-SCR

**FILED**

MAR 1 1 2025

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
             DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

Case # 2:18-CV-00180-DAD-SCR

Court Date: March 20th 2025
Time : 10:00 AM
Courtroom # 27
Judge: Honorable Sean C. Riordan

DANIEL JAMES

PLAINTIFF

MOTION FOR DEFAULT JUDGMENT
AGAINST OFFICER MEIER AND
OFFICER PARKER

-VS-

SACRAMENTO COUNTY, SACRAMENTO COUNTY SHERIFF'S OFFICE, SCOTT R. JONES DEPUTY SHERIFF'S OFFICER'S, Officer Lee, Badge Number 687, OfficerE Meier, Badge Number373, Officer C Robinson, Badge Number 305 Officer McMahon, Badge Number 200 Officer Ditto, Badge Number 825, Officer Vlasak, Badge Number 1452, Officer Ramos- Quintanilla Badge Number 704 Officer Gleason, Badge Number 968, Officer Brown Badge Number 19 Officer Parker, Badge Number 913, Officer Williams Badge Number 64 And Blood Drawer P. Rivera, AND DOES 1 TO 20

DEFENDANTS

Date. March 7th 2025

I Daniel James, Declare the following,

That on February 26th 2025 in the morning I received a phone call from Attorney

Jonathan Paul's office. Mr. Paul is the Attorney who represents the Sacramento Sheriff Officers listed in my Complaint other than Officer Meier and Officer Parker. His Office asked me if I was going to be home on the 26th of February so that I could receive Service of the Defendants Exhibit List. I did agree to make my self available so that I could be served the Exhibit list (ONLY).

Among the Exhibit List that I was served was also Two Answer's to my Complaint one was listed for Defendant Meier and the other was for Defendant Parker. I thought that what was sneakingly hidden amongst the Exhibit list was the glossary for the list. But instead was the two Answer's mentioned above. (YEARS PAST THE JURISDICTIONAL TIME LIMIT FOR EACH DEFENDANT TO RESPOND TO THE INITIAL COMPLAINT).

For some reason Mr. Paul did not list Officer's Meier and Parker in the actual Answer to my Third Amended Complaint. That was (SERVED UPON MY ATTORNEY DENNISE HENDERSON ON JULY 28TH 2022 SEE ATTACHMENT A).

It was assumed that Defendant's Meier and Parker obtained their own Attorney's and did not need the assistance of the Law Office's of Mr. Paul. Regardless if the Court allows the Answer's to be accepted by these two Defendant's it would be quite unfair to me as the Plaintiff. I will explain further below after my concerns with Court Room Jurisdiction, rather or not my Motion should be Calendared with Judge Drozd, or Judge Riordan.

## COURT ROOM JURISDICTION

I truly do not no which Court Room that I should Calendar my Motion for a Default Judgment. I believe the circumstances reflect an urgency to be heard before a Judge. I was told that (JUDGE DROZD AVAILABILITY IS NOT UNTIL APRIL 14TH 2025 THREE WEEKS PAST THE DATE THAT THE ACTUAL TRIAL IS TO START. JUDGE RIORDAN HAS AVAILABILITY ON MARCH 20TH 2025. I WILL FILE THIS DOCUMENT WITH BOTH JUDGES AND I'M SURE THAT IF IT IS SUPPOSED TO BE CALENDARED WITH JUDGE DROZD). Then hopefully the Court's will Calendar the hearing appropriately.

## FACTS ON THIS CASE

1. Trial is set for March 25th 2025.
2. Discovery has been Closed since Fall of 2024.
3. The Defendant's Attorney Mr. Paul has filed Pre Trial Statements along with an Amended Pre Trial Statement with absolutely no consideration for Officer's Meier nor Parker.
4. Officer Meier and Officer Parker has been ignored as to their Defenses any and all Discovery claims or denials.

# UNFAIRNESS IF THE DEFENDANT'S MEIER AND PARKER ARE ALLOWED TO PROCEED

1. It was believed that the two Defendant's conceded to the Law Suit, and no further investigation would be necessary.
2. It would be unfair if I the Plaintiff is to assume or even agree to this unfair unconventional procedural violation, that I should assume that all of the previously written literature composed and filed by the Attorney Mr. Paul, now should reflect the last two Defendant's that did not file a answer and were never mentioned in all other forms of written Defense.
3. I should have the right to Deposition the two remaining unanswered Defendants.
4. It is quite, (UNFAIR THAT NOW THAT DISCOVERY IS CLOSED AND NOW DEFENDANT'S MEIER AND PARKER HAVE AN INSIGHT TO WHAT ISSUES THE CASE HAS RAISED CAN NOW IN THIS LATE DATE FILE AN ANSWER TO FIT A MORE FORMATTED DEFENSE). I the plaintiff can not re-file or Amend the Complaint to match what I have learned thus far do to my previous completed Discovery.
5. At the very least, do to the Defendants actions Discovery should now be re-opened and the Trial be set back for two months until the proper discovery can be completed upon the two defendant's who did not answer the Complaint in a timely manner.
6. The Attorney for the last two Defendants has now raised different affirmative answers in comparison with the original response that was filed back on July 28th 2022. (THESE NEW RESPONSES NOW VARY FROM THE ORIGINAL RESPONSES EVEN THOUGH EACH DEFENDANT NEWLY RESPONDING DEFENSES DOES NOT MATCH THEIR CO DEFENDANTS THAT WERE JOINED IN THE ASSAULTS ON EACH AND VERY SPECIFIC DATES. HOW CAN THEIR RESPONSES NOW VARY WHEN THEY COMMITTED THE ACT'S WITH THEIR PARTNERS IN THE COMPLAINT AND THE FIRST RESPONSES DO NOT MATCH).
7. If Discovery was re-opened and the Trial pushed back a few months that would be a fair resolution, giving me the Plaintiff a chance to compose a better understanding in the different forms of Defense Claims raised by the Defendant's Attorney Mr. Paul.
8. In general my Default Motion should be granted and the (DEFENDANT'S CAN SCHEDULE A MOTION TO SET ASIDE THE DEFAULT JUDGMENT AND THEY CAN EXPLAIN TO YOUR HONER WHY THEY BLIEVE THAT THEIR LATE RESPONSE WOULD BE OKAY NOT GIVING ME AN OPPORTUNITY TO INVESTIGATE DEPOSE THE TWO DEFENDANT'S WHO DID NOT ANSWERR THE COMPLAINT THAT THEY WERE SURLEY AWARE OF).
9. (IT IS UNHEARD OF FOR A DEFENDANT TO ANSWER A COMPLAINT IN A CIVIL CASE, AFTER DISCOVERY HAS BEEN CLOSED FOR MONTH'S).

AO 72
(Rev. 8/82)

# I WILL BE FILING A MOTION TO EXCLUDE A VIDEO RECORDING OF THE ARREST THAT HAPPENED ON 4/28/2019

1. I Daniel James did mention at the Settlement Conference that the Defendants gave me a completely Blank Disc that was supposed to have on it video recordings of my arrest on April 28th 2019. What I was served with originally was darkened out you can not see anything. The Defendant's Attorney's Office then served a replacement that Disc is (COMPLETELY BLANK MAKING THE VERSION THAT I SAW DURING THE SETTLEMENT CONFERENCE A COMPLETELY NEW VERSION THAT I WAS NEVER SERVED WITH, POSSIBLY DO TO THE FACT THAT IT NEVER EXISTED AND HAD TO BE CREATED BY THE DEFENDANT'S). I will bring in sworn statements to the fact that the newly Served Disc is completely blank. It is really funny that in all of the arrest the County can only come up with one doctored video recording. No other police cruiser had it.

2. I will also bring in what I plan to use at trial the Defendant's (DIFFERENT VERSIONS OF ARREST RECORDS THAT IT IS CLEARLY AND I MEAN CLEARLY PROOF THAT THE DEFENDANTS RE-MASTERED ALL OF THE INFORMATION IN ATTEMPTS TO CHANGE THE NARRATIVE ON EACH ARREST BUT THEY MADE MISTAKE AFTER MISTAKE THAT WILL BE ABSOLUTELY HILARIOUS DURING TRIAL). There is a saying that you should read what you write.

3. I have been approached by my neighbors around my complex that a Man by the name of Craig Wesley Rimer JD was going around asking my Neighbors if I assaulted my wife. And even Showing a Mug Shot of me. (JUST TO LET YOU KNOW THAT THE COUNT'S KLEE WITNESSES WILL COME TO TRIAL AND THEY WILL TESTIFY THAT I DID NOT ASSAULT MY WIFE BUT IT WAS THIS INVESTIGATOR AND BACK IN 2019 OFFICER RAMOS WHO WAS TRYING TO GET ANYONE TO BEEF UP HIS ARREST).

4. I will be filing a new suit against the County for there investigator Rimer, practically going door to door asking for help to attempt to discredit my name. It did not work and in fact the witnesses that the (COUNTY HAD ARE NOW WITNESSES FOR THE PLAINTIFF, AND THEY WILL TESTIFY THAT ME PUNCHING MY WIFE IN THE FACE NOT ONE OR TWO TIMES BUT TEN TIMES). This vindictive deed was done by Officer Ramos just to beef up the arrest.

5. When the Defendant's had the opportunity they should have Settled this Case.

# RELIEF

1. The Defendants are found to be in Default granting me the plaintiff time to investigate further the Defendant's inconsistencies.
2. The Trial is set back at least 60 to 90 Days, so that a profesional Attorney can navigate though the (NEW DEFENCES THAT THEIR ATTORNEY HAS RASED).
3. Discovery is re-opened to acomidate my rights of a fair opportunity to re-do my investigative work.
4. The Defendants are forced to schedule a Motion to Set Aside the Default Judgment, if and when the court see's fit in Granting me A Default Judgment.
5. The Court will accept my next Motion to Exclude a re-mastered video recording that was never served upon me.

I swear under penalty of perjury that all of my above statements are true and correct to the best of my knowledge.

Thank You

Daniel James
4141 Palm Ave. Unit 160
Sacramento, Ca. 95842-4211
( 916) 289-3146
CASE# 2:18-CV-00180-DAD-SCR

Daniel James                                    DATE: MARCH 7TH 2025

X _/s/ Daniel James_

AO 72
(Rev. 8/82)

# ATTACHMENT A

Handwritten annotations at top: DEFENDANT'S ANSWER TO COMPLAINT

1  JONATHAN B. PAUL (SBN 215884)
   CHRISTOPHER L. JANOF (SBN 335242)
2  **RIVERA HEWITT PAUL LLP**
3  11341 Gold Express Drive, Suite 160
   Gold River, CA 95670
4  Tel: 916-922-1200 Fax: 916-922-1303
   cjanof@rhplawyers.com
5  jpaul@rhplawyers.com

6  Attorneys for Defendants
7  Sacramento County, Sacramento County
   Sheriff's Office, Sheriff Jones, Deputy Lee,
8  Deputy Robinson, Deputy McMahon, Deputy Pitto,
   Deputy Vlasak, Deputy Ramos-Quintanilla,
9  Deputy Gleason, Deputy Brown, and Deputy Williams

Handwritten margin notes:
1. LEFT-OUT
   METERS ON - 2-10-2017
2. LEFT-OUT
   PALRUE ON - 4-29-2019

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL JAMES,<br><br>                Plaintiff,<br>vs.<br>SACRAMENTO COUNTY, et al.,<br><br>                Defendants. | Case No. 2:18-cv-00180-TLN-DB<br><br>**DEFENDANTS' ANSWER TO THIRD AMENDED CIVIL COMPLAINT FOR CIVIL RIGHTS VIOLATIONS; and DEMAND FOR JURY TRIAL** |

In response to DANIEL JAMES's (hereinafter "Plaintiff"), Third Amended Civil Complaint for Civil Rights Violations (hereinafter "TAC") filed on June 7, 2019, Defendants Sacramento County, Sacramento County Sheriff's Office, Sheriff Jones, Deputy Lee, Deputy Robinson, Deputy McMahon, Deputy Pitto (Erroneously sued as "Ditto"), Deputy Vlasak, Deputy Ramos-Quintanilla, Deputy Gleason, Deputy Brown, and Deputy Williams (hereinafter "Defendants") hereby admit, deny, and allege as follows:

**JURISDICTION AND VENUE**

1

1  JONATHAN B. PAUL (SBN 215884)
   **RIVERA HEWITT PAUL LLP**
2  2355 Gold Meadow Way, Suite 170
   Gold River, CA 95670
3  Tel: 916-922-1200 Fax: 916-922-1303
4  jpaul@rhplawyers.com

5  Attorneys for Defendants
   Sacramento County, Sacramento County
6  Sheriff's Office, Sheriff Jones, Deputy Lee,
   Deputy Robinson, Deputy McMahon, Deputy Meier,
7  Deputy Pitto, Deputy Vlasak, Deputy Ramos-Quintanilla,
   Deputy Gleason, Deputy Brown, Deputy Parker and Deputy Williams
8

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL JAMES,<br><br>          Plaintiff,<br><br>vs.<br><br>SACRAMENTO COUNTY, et al.,<br><br>          Defendants. | Case No. 2:18-cv-00180-TLN-DB<br><br>**DEFENDANT MEIER'S ANSWER TO THE THIRD AMENDED CIVIL COMPLAINT FOR CIVIL RIGHTS VIOLATIONS; and DEMAND FOR JURY TRIAL**<br><br>*SERVED ON FEB-26TH 2025* |

In response to DANIEL JAMES's (hereinafter "Plaintiff"), Third Amended Civil Complaint for Civil Rights Violations (hereinafter "TAC") filed on June 7, 2019, Defendant Deputy Meier (hereinafter "Defendant") hereby admits, denies, and alleges as follows:

### JURISDICTION AND VENUE

In response to paragraphs 1, 2, 3, and 4, Defendant admits that jurisdiction and venue are proper in the Eastern District of California, Sacramento Division. Except as so admitted, Defendant denies the balance of the allegations in this paragraph.

In response to paragraph 5, Defendant generally and specifically denies all allegations contained in this paragraph.

---
1
ANSWER TO THIRD AMENDED COMPLAINT FOR CIVIL RIGHTS VIOLATIONS; DEMAND FOR JURY TRIAL

JONATHAN B. PAUL (SBN 215884)
**RIVERA HEWITT PAUL LLP**
2355 Gold Meadow Way, Suite 170
Gold River, CA 95670
Tel: 916-922-1200 Fax: 916-922-1303
jpaul@rhplawyers.com

Attorneys for Defendants
Sacramento County, Sacramento County
Sheriff's Office, Sheriff Jones, Deputy Lee,
Deputy Robinson, Deputy McMahon, Deputy Pitto,
Deputy Vlasak, Deputy Ramos-Quintanilla,
Deputy Gleason, Deputy Brown, Deputy Parker and Deputy Williams

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL JAMES,<br><br>　　　　　　Plaintiff,<br>vs.<br>SACRAMENTO COUNTY, et al.,<br><br>　　　　　　Defendants. | Case No. 2:18-cv-00180-TLN-DB<br><br>**DEFENDANT PARKER'S ANSWER TO THE THIRD AMENDED CIVIL COMPLAINT FOR CIVIL RIGHTS VIOLATIONS; and DEMAND FOR JURY TRIAL** |

　　　　In response to DANIEL JAMES's (hereinafter "Plaintiff"), Third Amended Civil Complaint for Civil Rights Violations (hereinafter "TAC") filed on June 7, 2019, Defendant Deputy Parker (hereinafter "Defendant") hereby admits, denies, and alleges as follows:

## JURISDICTION AND VENUE

　　　　In response to paragraphs 1, 2, 3, and 4, Defendant admits that jurisdiction and venue are proper in the Eastern District of California, Sacramento Division. Except as so admitted, Defendant denies the balance of the allegations in this paragraph.

　　　　In response to paragraph 5, Defendant generally and specifically denies all allegations contained in this paragraph.

1

ANSWER TO THIRD AMENDED COMPLAINT FOR CIVIL RIGHTS VIOLATIONS; DEMAND FOR JURY TRIAL